

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the matter of J.H.N.,              * From the 70th District Court
                                        of Ector County
                                        Trial Court No. B-30,621.

No. 11-18-00043-CV                    * February 28, 2019

                                      * Memorandum Opinion by Bailey, C.J.
                                        (Panel consists of: Bailey, C.J.,
                                        Stretcher, J., and Wright, S.C.J., sitting
                                        by assignment)
                                        (Willson, J., not participating)

        This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.